STATE OF NEW JERSEY v. DELANO WASHINGTON.

June 7, 1988.

Petition for certification denied.  (See 223 *N.J.Super.* 367)

STATE OF NEW JERSEY v. WESLEY BOLTON.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK BOOKER.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. OLGA ROSA.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL MORTON.

June 7, 1988.

Petition for certification denied.